IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-MJ-2079-KS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CLAUDETTE C. SYKES, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion for Limited Driving Privilege [DE #10], which the court construes as a motion to modify the pretrial release conditions previously imposed by the court. Having carefully considered the matter, the court ORDERS that Paragraph (A1) of the Order Setting Conditions of Release entered by the court on January 4, 2017, be AMENDED as follows:

> The defendant shall not operate a motor vehicle on any highway, street, or public vehicular area in any jurisdiction for a period of 30 days from the date of this order except as follows: Defendant shall not be prohibited from driving a motor vehicle (other than a commercial vehicle as defined by N.C. Gen. Stat. § 20-4.01(3d)) (i) Monday through Friday during the period of 7:00 a.m. until 4:00 p.m. for the limited purposes of employment, education, religious worship, medical treatment, household maintenance, and court-ordered obligations; and (ii) at any time for the purpose of obtaining emergency medical care for himself/herself or an immediate family member living in Defendant's residence. Defendant shall not drink alcohol while driving or drive while any alcohol or controlled substance remains in his/her body.
>
> This prohibition applies whether or not the defendant is permitted to operate a motor vehicle under state law.

All other provisions of the Order Setting Release Conditions entered by the court on January 4, 2017, remain in full force and effect. The clerk shall provide Defendant with a certified copy of this order.

This the 18th day of January 2017.

_____
KIMBERLY A. SWANK
United States Magistrate Judge